IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERNOD RICARD USA, LLC,

    Plaintiff,

    v.

Case No. 18-cv-840-jdp

SARATOGA LIQUOR CO., INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Saratoga Liquor Co., Inc. against plaintiff Pernod Ricard USA, LLC dismissing this case without prejudice.

| s/ K. Frederickson, Deputy Clerk | May 21, 2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |